**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RONALD L. GLAZER AND LAURA L. GLAZER, | : | No. 79 MM 2017 |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| BERNARD A. MOORE, SJ; COURT ADMINISTRATION-CIVIL DIVISION, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Review in the Nature of a Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.